UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENRIQUE ARANA, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

                              Plaintiff,

     v.

POLARIS CLEANERS 99 INC., d/b/a POLARIS CLEANERS; POLARIS CLEANERS 53 INC., d/b/a POLARIS CLEANERS; V.I.P. CLEANERS INC., d/b/a V.I.P. CLEANERS AND TAILOR; 106 LA MODE CLEANERS INC., d/b/a LA MODE CLEANERS; LA MODE 1st CLEANERS INC., d/b/a LA MODE CLEANERS; LA MODE CLEANERS OF NEW YORK 37 INC., d/b/a LA MODE CLEANERS; LA MODE CLEANERS 40 INC., d/b/a LA MODE CLEANERS; LA MODE CLEANERS 58 INC., d/b/a LA MODE CLEANERS; LA MODE CLEANERS 7 LLC., d/b/a LA MODE CLEANERS; LA MODE CLEANERS 8 LLC, d/b/a LA MODE CLEANERS; LA MODE ORGANIC CLEANERS INC., d/b/a LA MODE CLEANERS; and RICHARD J. AN,

                              Defendants.

**ORDER**

20 Civ. 1143 (ER)

RAMOS, D.J.

On February 10, 2020, Enrique Arana brought this action against Polaris Cleaners 99 Inc. and others ("Defendants") for violation of the Fair Labor Standards Act ("FLSA") and the New York Labor Law.  Doc. 1.  On January 4, 2021, Plaintiff voluntarily dismissed the action against two Defendants, La Mode Cleaners 8 LLC and La Mode Organic Cleaners Inc., and moved for a Clerk's Certificate of Default as to the remaining Defendants.[1]  Docs. 41, 43, 44.  That same day, the Clerk issued the Certificates of Default.  Doc. 45.  Plaintiff has not yet moved for default judgment.

---

[1] The remaining defendants are La Mode Cleaners 40 Inc.; Polaris Cleaners 53 Inc.; La Mode Cleaners 58 Inc.; 106 La Mode Cleaners Inc.; V.I.P. Cleaners Inc.; La Mode Cleaners 7 LLC; Polaris Cleaners 99 Inc.; La Mode Cleaners of New York 37 Inc.; La Mode 1st Cleaners Inc.; and Richard J. An.

      Plaintiff is therefore directed to submit a status report regarding the status of its default judgment motion by **February 8, 2021**.  Failure to comply with Court orders may result in sanctions, including dismissal pursuant to Fed. R. Civ. P. 41(b).

      It is SO ORDERED.

Dated: January 25, 2021
       New York, New York

                                                       Edgardo Ramos, U.S.D.J.