**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ENRIQUE ARANA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

                Plaintiff,

v.

POLARIS CLEANERS 99 INC.
    d/b/a POLARIS CLEANERS,
POLARIS CLEANERS 53 INC.
    d/b/a POLARIS CLEANERS,
V.I.P. CLEANERS INC.
    d/b/a V.I.P. CLEANERS AND TAILOR,
106 LA MODE CLEANERS INC.
    d/b/a LA MODE CLEANERS,
LA MODE 1st CLEANERS INC.
    d/b/a LA MODE CLEANERS,
LA MODE CLEANERS OF NEW YORK 37 INC.
    d/b/a LA MODE CLEANERS,
LA MODE CLEANERS 40 INC.
    d/b/a LA MODE CLEANERS,
LA MODE CLEANERS 58 INC.
    d/b/a LA MODE CLEANERS,
LA MODE CLEANERS 7 LLC.
    d/b/a LA MODE CLEANERS,
LA MODE CLEANERS 8 LLC.
    d/b/a LA MODE CLEANERS,
LA MODE ORGANIC CLEANERS INC.
    d/b/a LA MODE CLEANERS,
and RICHARD J. AN,

                Defendants.

Case No.: 1:20-cv-01143

**DEFAULT JUDGMENT**

---

      This action having been commenced on February 10, 2020 by the filing of the Summons and Complaint, and Defendants LA MODE CLEANERS 40 INC., POLARIS CLEANERS 53 INC., LA MODE CLEANERS 58 INC., 106 LA MODE CLEANERS INC., V.I.P. CLEANERS INC., LA MODE CLEANERS 7 LLC, POLARIS CLEANERS 99 INC., RICHARD J. AN, LA

MODE CLEANERS OF NEW YORK 37 INC., and LA MODE 1ST CLEANERS INC having not complied with the Court's orders, it is

ORDERED, ADJUDGED AND DECREED:

That Plaintiff ENRIQUE ARANA, has judgment against Defendants LA MODE CLEANERS 40 INC., POLARIS CLEANERS 53 INC., LA MODE CLEANERS 58 INC., 106 LA MODE CLEANERS INC., V.I.P. CLEANERS INC., LA MODE CLEANERS 7 LLC, POLARIS CLEANERS 99 INC., RICHARD J. AN, LA MODE CLEANERS OF NEW YORK 37 INC., and LA MODE 1ST CLEANERS INC for unpaid wages in the amount of $23,532.50, New York State Liquidated damages in the amount of $23,532.50, statutory damages in the amount of $10,000.00, amounting in all to $57,065.00.

Dated: New York, New York
June 1, 2021

Hon. Edgardo Ramos
United States District Judge